IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TANOH KOUAME INNOCENT, :
   Petitioner :
    :
    : No. 1:19-cv-184
v. :
    : (Judge Kane)
ATTORNEY GENERAL OF THE :
UNITED STATES, :
   Respondent :

# ORDER

**AND NOW**, on this 16th day of April 2019, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), is **DISMISSED WITHOUT PREJUDICE** as premature; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                        s/ Yvette Kane
                                        Yvette Kane, District Judge
                                        United States District Court
                                        Middle District of Pennsylvania